IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MAURICE MONSON, | Case No. 2:15-cv-00513-KI |
| Plaintiff, | ORDER |
| v. | |
| HEIDI STEWARD, et al., | |
| Defendants. | |

_____

**KING, Judge**.

Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff moves for a preliminary injunction requiring Defendants to provide him a kosher diet. In response, Defendants agree to provide Plaintiff a kosher diet during the pendency of this proceeding. Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 47) is DENIED as moot.

///

///

1 - ORDER

IT IS FURTHER ORDERED that Defendants' Motion to Depose Plaintiff (ECF No. 62) and for Extension of Time (ECF No. 64) are GRANTED. The deadline to complete discovery and file dispositive motions is EXTENDED to March 28, 2016.

IT IS SO ORDERED.

DATED this   12th   day of January, 2016.

      /s/ Garr M. King  
    Garr M. King  
    United States District Judge

2 - ORDER